**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO consent@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Troy Goff, | ) | Case Number: 4:10 CV 03023 FG3 |
| Plaintiff(s), | ) | |
| v. | ) | CONSENT TO EXERCISE OF JURISDICTION |
| | ) | BY A UNITED STATES MAGISTRATE JUDGE |
| Michael J. Astrue, | ) | |
| Defendant(s). | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| [signature] | For | Troy Goff | 5-14-10 |
| [signature] | For | Defendant | 5/17/10 |
| | For | | |
| | For | | |

**DISTRICT JUDGE OPTION**

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States Magistrate Judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| | For | | |
| | For | | |
| | For | | |
| | For | | |